UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARSHA R. BEVERLY

VERSUS

WAL-MART STORES, INC., ET AL

CIVIL ACTION

NO. 07-560-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendants, Wal-Mart Stores, Inc. And Wal-Mart Louisiana, L.L.C. is hereby GRANTED,

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, April 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA